IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**LARRY J. LANGSTON**                                                                            **PLAINTIFF**

**V.**                          **1:08CV00039-WRW**

**TAT LAWRENCE, Izard County**
**Sheriff, et al.**                                                                    **DEFENDANTS**

**ORDER**

Defendants filed a Motion for Summary Judgment on March 25, 2009,[1] and the response was due on April 8, 2009. However, Plaintiff was not appointed counsel until April 9, 2009.

Considering this, Plaintiff should respond to the Motion for Summary Judgment by 5 p.m., Monday, May 11, 2009.

IT IS SO ORDERED this 20th day of April, 2009.

                                                        /s/ Wm. R. Wilson, Jr.
                                                  UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 42.