# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**LARRY J. LANGSTON**                                                   **PLAINTIFF**

v.                        **1:08CV00039-WRW**

**RODNEY MEDLIN,** *et al.*                                       **DEFENDANTS**

## ORDER

Pending is Plaintiff's Motion to Dismiss (Doc. No. 75).

In the Motion, Plaintiff's lawyer, Ms. Patty Lueken, explained that Plaintiff recently died from an accidental prescription drug overdose. Ms. Lueken further informed the Court that -- based on the discovery that had been conducted, the inability of Plaintiff to testify, Defendants' affidavits, and the law -- she does not believe that Plaintiff's claim is viable. Accordingly, Plaintiff's Motion is GRANTED and this case is DISMISSED.

IT IS SO ORDERED this 23rd day of March, 2010.

                                                                   /s/Wm. R. Wilson, Jr.
                                                                 UNITED STATES DISTRICT JUDGE